AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHRISCON INVESTMENTS LTD, a corporation incorporated under the Canada Business Corporations Act; GOULCO HOLDINGS INC., a corporation incorporated under the Canada Business Corporations Act; GOUGAV INVESTMENTS INC., a *Plaintiff(s)* <br><br> v. <br><br> 800.COM, LLC, a Delaware limited liability company; and JAY WESTERDAL, a natural person, <br><br> *Defendant(s)* | Civil Action No. 20-cv-62550-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> 800.COM, LLC, a Delaware limited liability company
> c/o 'A Registered Agent, Inc.'
> 8 The Green, Suite A
> Dover, Kent County, Delaware 19901, U.S.A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Leonard O. Townsend, Esquire
> Post Office Box 481143
> Delray Beach, Florida 33448
> FBN 0013061
> (561) 613-8763

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 11, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts