| | |
|---|---|
| CHRISCON INVESTMENTS LTD, a corporation incorporated under the Canada Business Corporations Act; GOULCO HOLDINGS INC., a corporation incorporated under the Canada Business Corporations Act; GOUGAV INVESTMENTS INC., a corporation incorporated under the Canada Business Corporations Act; and 9290-2493 QUEBEC INC., a corporation incorporated under the Quebec Business Corporations Act,<br>Plaintiff (s),<br>vs.<br>800.COM, LLC, a Delaware limited liability company; and JAY WESTERDAL, a natural person,<br>Defendant (s) | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA<br>CIVIL DIVISION<br>CASE NO.: 2020-cv-62550-RS |

## MEDIATION REPORT

The above styled case was mediated on 10-22-21 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting were pursuant to court order.

The outcome was **SETTLED AS TO ALL ISSUES!**

Respectfully submitted,

*[signature]*

Rodney G Romano, Esq.
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
Cell: 561-818-0001
Office: 561-340-3500
Rodney@matrixmediation.com
FBN: 559482
CM: 12628R

MEDIATION REPORT - 1