UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

CHRISCON INVESTMENTS LTD, a corporation incorporated under the Canada Business Corporations Act; *et al*.,
   *Plaintiffs*,

vs.

800.COM, LLC, a Delaware limited liability company; and JAY WESTERDAL, a natural person,
   *Defendants*.
_____/

Case No.: 2020-CV-62550-RS

Honorable Rodney Smith

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiffs, CHRISCON INVESTMENTS LTD, a corporation incorporated under the Canada Business Corporations Act; GOULCO HOLDINGS INC., a corporation incorporated under the Canada Business Corporations Act; GOUGAV INVESTMENTS INC., a corporation incorporated under the Canada Business Corporations Act; and 9290-2493 QUEBEC INC., a corporation incorporated under the Quebec Business Corporations Act (collectively, "**Plaintiffs**"), by and through their undersigned counsel, and Defendants, 800.COM, LLC, a Delaware limited liability company; and JAY WESTERDAL, a natural person (collectively, "**Defendants**"), by and through their undersigned counsel, and, being all the parties to the instant action, jointly stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that the instant action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own respective costs, expenses, and fees (including, without limitation, attorneys' fees and costs).

Respectfully submitted this twenty fifth (25th) day of October, 2021

**PLAINTIFFS' COUNSEL**:

By: /s/ *Leonard O. Townsend*
  Leonard O. Townsend, Esq.
Post Office Box 481143
Delray Beach, Florida 33448
*Attorney for Plaintiffs*

**DEFENDANTS' COUNSEL**:

By: /s/ *Brian D. Goodrich*
  Brian D. Goodrich, Esq.
BENTLEY GOODRICH KINSON
783 South Orange Avenue, 3rd Floor
Sarasota, Florida 34236
*Attorneys for Defendants*

[*Proposed Order follows on the next page*]

*Chriscon Investments Ltd.,* et al*. v. 800.Com LLC,* et al.
Case No. 2020-CV-62550-RS
Joint Stipulation of Dismissal With Prejudice and Order

Page **1** of 2

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

CHRISCON INVESTMENTS LTD, a corporation incorporated under the Canada Business Corporations Act; *et al.*,
   *Plaintiffs*,

vs.

800.COM, LLC, a Delaware limited liability company; and JAY WESTERDAL, a natural person,
   *Defendants*.
_____/

Case No.: 2020-CV-62550-RS

Honorable Rodney Smith

### ORDER ON JOINT STIPULATION WITH PREJUDICE

  Based upon the parties' stipulation set forth in the attached Joint Stipulation Of Dismissal With Prejudice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss the instant action with prejudice. All other existing dates and deadlines in the instant action are hereby vacated.

IT IS SO ORDERED.

Dated: October _____, 2021

By: _____
  HONORABLE RODNEY SMITH
  United States District Judge

*Chriscon Investments Ltd.,* et al*. v. 800.Com LLC,* et al.
Case No. 2020-CV-62550-RS
Joint Stipulation of Dismissal With Prejudice and Order

Page **2** of 2